**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01261-PAB

WILLIAM D. QUINTANA,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 21] of U.S. District Judge Philip A. Brimmer entered on March 31, 2014, it is

**ORDERED** that the decision of the Commissioner of Social Security that plaintiff was not disabled is reversed and remanded.  It is further

**ORDERED** that judgment is hereby entered in favor of the plaintiff and against the defendant.  It is further

**ORDERED** that plaintiff WILLIAM D. QUINTANA is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 31st day of March, 2014.

          FOR THE COURT:
          JEFFREY P. COLWELL, CLERK

          <u>s/Kathy Preuitt-Parks</u>
          Kathy Preuitt-Parks
          Deputy Clerk